UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JASHAUN CURRY and EMILY CURRY,    Plaintiffs,

v.    Civil Action No. 3:22-cv-157-DJH-RSE

COAST PROFESSIONAL, INC. and
LOUISVILLE RECOVERY SERVICE, LLC,    Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs having filed an agreed order of dismissal with prejudice as to their claims against Louisville Recovery Service, LLC (Docket No. 51), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Plaintiffs' claims against Louisville Recovery Service, LLC are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Louisville Recovery Service, LLC as a defendant in the record of this matter.

(2)    All claims having been resolved (*see* D.N. 19), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's docket, and **CLOSED**.

February 6, 2025

David J. Hale, Judge
United States District Court